UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


MICHAEL A. LEWIS                    ]
        Petitioner,                 ]
                                    ]
v.                                  ]        No. 3:10-0651
                                    ]        Judge Sharp
RICKY BELL, WARDEN                  ]
        Respondent.                 ]


<u>O R D E R</u>


In accordance with the Memorandum contemporaneously entered, the Court finds merit in respondent's Motion to Dismiss (Docket Entry No.35). Accordingly, respondent's motion is GRANTED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has been unable to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.


_____
Kevin H. Sharp
United States District Judge